**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
*Attorneys at Law*
10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973.656.1600
Facsimile: 973.656.1611
www.ogletreedeakins.com

Robin Koshy, Esq.
robin.koshy@ogletreedeakins.com

January 25, 2021

**VIA ECF**
Clerk of the Court
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 2A
Newark, New Jersey 07101

    **RE:** *Jeffrey Koshnick v. PSEG et al.*
          **Civil Action No.: 2:21-cv-00618-CCC-ESK**

Dear Sir/Madam:

    This firm represents Defendant Alight Solutions LLC ("Defendant"), in the above-referenced matter. On January 25, 2021, Plaintiff filed a motion to remand, which is currently returnable on February 16, 2021. [D.E. 05]. Pursuant to Local Rule 7.1(d)(5), Defendant hereby adjourns the return date for Plaintiff's motion to remand by one-motion cycle. The originally noticed return day has not previously been extended or adjourned. Accordingly, the new return date for Plaintiff's motion to remand is March 1, 2021. Defendant's opposition to Plaintiff's motion shall now be due by February 16, 2021.

                                Respectfully submitted,

                                **OGLETREE, DEAKINS, NASH,**
                              **SMOAK & STEWART, P.C.**

                              */s/ Robin Koshy*
                              Robin Koshy, Esq.

cc:    Jeffrey Koshnick, Esq. (via U.S. mail and email)
        Randi F. Knepper, Esq. (via email)
        Susan M. Szafranski, Esq. (via email)
        Anthony J. Corino, Esq. (via email)
        Linda L. Trent, Esq. (via email)
        Mark Brancato, Esq. (via email)

**A South Carolina Professional Corporation** ■ Peter O. Hughes ■ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington